**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CGS INDUSTRIES, INC., a Florida corporation, ) | CASE NO.:  CV10-3186 JBW (JO) |
| ) | |
| Plaintiff, ) | Hon. Jack B. Weinstein |
| ) | |
| vs. ) | |
| ) | **NOTICE OF PLAINTIFF CGS** |
| ) | **INDUSTRIES, INC.'S MOTION** |
| THE CHARTER OAK FIRE INSURANCE ) | **FOR SUMMARY JUDGMENT AS** |
| COMPANY, a Connecticut corporation, ) | **TO LIABILITY ON DEFENDANT** |
| ) | **CHARTER OAK'S DUTY TO** |
| Defendant. ) | **DEFEND** |
| ) | |
| _____ ) | |

168834.1-10614-001-8/6/2010

Plaintiff CGS Industries, Inc. ("CGSI") respectfully moves for summary judgment that Defendant The Charter Oak Fire Insurance Company ("Charter Oak") owed CGSI a duty to defend it in: *Five Four Clothing, Inc., et al. v. CGS Industries, Inc., et al.,* Case No. CV 09-9431 GW (CWx), United States District Court for the Central District of California (the "*Five Four* lawsuit").  The motion is made pursuant to Fed. R.Civ. P. 56 and L.R. 56.1 and is based on the grounds that the allegations in the *Five Four* action trigger the potential for coverage and Charter Oak's duty to defend the *Five Four* action.  A defense is owed pursuant to both the Second Amended Complaint and the Third Amended Complaint filed in the *Five Four* lawsuit.

The motion is based on these moving papers, the concurrently-submitted Statement of Materials Facts and Memorandum of Law, the Declarations and Request for Judicial Notice in support thereof, the pleadings and documents on file in this lawsuit and on such other briefs and evidence as may be subsequently presented.

Dated:  August 9, 2010                                      /s/ David A. Gauntlett

David A. Gauntlett *[Pro Hac Vice]*
Andrew M. Sussman *[Pro Hac Vice]*
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, CA  92612
Telephone:  (949) 553-1010
Facsimile:   (949) 553-2050
info@gauntlettlaw.com
ams@gauntlettlaw.com

**LOCAL COUNSEL:**
Eugene Killian, Jr. (EK 9972)
THE KILLIAN FIRM, P.C.
14 Wall Street, 20th Floor
New York, NY 10005
Telephone:  (212) 618-1409
Facsimile:  (212) 618-1705
     -and-
555 Route 1 South, Suite 430
Iselin, NJ  08830
Telephone:  (732) 912-2100
Facsimile:   (732) 912-2101
ekillian@tkfpc.com
        Attorneys for Plaintiff
        CGS Industries, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2010, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Lawrence A. Levy (LAL 3182)
Celeste M. Butera (CB 5659)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, NY 11556-0926
Telephone:  (516) 357-3000
Facsimile:   (516) 357-3333
larrylevy@rivkin.com
celeste.butera@rivkin.com

Attorneys for Defendant
The Charter Oak Fire Insurance Company

   /s/ David A. Gauntlett

David A. Gauntlett *[Pro Hac Vice]*
Andrew M. Sussman *[Pro Hac Vice]*
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:   (949) 553-2050
info@gauntlettlaw.com
ams@gauntlettlaw.com

**LOCAL COUNSEL:**

Eugene Killian, Jr. (EK 9972)
THE KILLIAN FIRM, P.C.
14 Wall Street, 20th Floor
New York, NY 10005
Telephone:  (212) 618-1409
Facsimile:  (212) 618-1705
   -and-
555 Route 1 South, Suite 430
Iselin, NJ  08830
Telephone:  (732) 912-2100
Facsimile:  (732) 912-2101
ekillian@tkfpc.com

Attorneys for Plaintiff
CGS Industries, Inc.