**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CGS INDUSTRIES, INC., a Florida corporation, | CASE NO.: CV10-3186 JBW (JO) |
| Plaintiff, | Hon. Jack B. Weinstein |
| vs. | |
| THE CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation, | **DECLARATION OF ANDREW M. SUSSMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY ON DEFENDANT'S DUTY TO DEFEND** |
| Defendant. | |

I, ANDREW M. SUSSMAN, declare:

1. I am an attorney with Gauntlett & Associates, counsel for CGS Industries, Inc. ("CGSI"), the Plaintiff in this insurance coverage lawsuit against The Charter Oak Fire Insurance Company ("Charter Oak").

2. The facts set forth herein are within my personal knowledge and, if sworn as a witness, I could and would testify competently thereto under oath.

3. Attached as **Exhibit "13"** to CGSI's Request for Judicial Notice is a copy of a webpage that I printed from the Secretary of the State of Connecticut – Commercial Recording Division ("C.O.N.C.O.R.D.") website, http://www.concord-sots.ct.gov. The printout of the webpage states that Charter Oak is a citizen of and was incorporated in Connecticut.

4. I accessed the webpage from the C.O.N.C.O.R.D. website by clicking on "Search Database/Base Business." This directed me to a search page titled "Business Inquiry," where I then typed in the words "The Charter Oak Fire Insurance Company" into the "Search By Name" field. Upon clicking "Search" I was then directed to the "Business Inquiry Result" page that displayed a hyperlink titled "CHARTER OAK FIRE INSURANCE COMPANY, THE." I clicked on the hyperlink and was directed to the webpage attached as **Exhibit "13."**

5. The web address for the webpage attached as **Exhibit "13"** is: http://www.concord-sots.ct.gov/CONCORD/InquiryServlet?eid=14&businessID=0117848

6. I accessed and printed the webpage attached as **Exhibit "13"** on July 15, 2010.

Executed at Irvine, California on the 9th day of August, 2010.

*[signature]*

ANDREW M. SUSSMAN

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2010, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Lawrence A. Levy (LAL 3182)
Celeste M. Butera (CB 5659)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, NY 11556-0926
Telephone:  (516) 357-3000
Facsimile:   (516) 357-3333
larrylevy@rivkin.com
celeste.butera@rivkin.com

Attorneys for Defendant
The Charter Oak Fire Insurance Company

    /s/ David A. Gauntlett

David A. Gauntlett *[Pro Hac Vice]*
Andrew M. Sussman *[Pro Hac Vice]*
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:   (949) 553-2050
info@gauntlettlaw.com
ams@gauntlettlaw.com

**LOCAL COUNSEL:**

Eugene Killian, Jr. (EK 9972)
THE KILLIAN FIRM, P.C.
14 Wall Street, 20th Floor
New York, NY 10005
Telephone:  (212) 618-1409
Facsimile:   (212) 618-1705
    -and-
555 Route 1 South, Suite 430
Iselin, NJ  08830
Telephone:  (732) 912-2100
Facsimile:   (732) 912-2101
ekillian@tkfpc.com

Attorneys for Plaintiff
CGS Industries, Inc.