UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CGS INDUSTRIES, INC., a Florida corporation, )
)
)
Plaintiff, )
)
vs. )
)
THE CHARTER OAK FIRE INSURANCE )
COMPANY, a Connecticut corporation, )
)
Defendant. )
)

---

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N
★ OCT 30 2013 ★
BROOKLYN OFFICE

Case No. CV10-3186 JBW (JO)

Hon. Jack B. Weinstein

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

S I R S:

THE PARTIES HEREBY STIPULATE AND AGREE that this action and all claims asserted therein are voluntarily dismissed with prejudice and with no order of costs or attorney's fees to either party.

Date: Uniondale, New York
October 9, 2013

BY: /s/ Lawrence A. Levy
Lawrence A. Levy
Celeste Butera
Rivkin Radler LLP
Attorneys for Defendant
The Charter Oak Fire Insurance Company
926 RXR Plaza
Uniondale, NY 11556-0926
(516) 357-3228

BY: /s/ Eugene Killian, Jr.
Eugene Killian, Jr.
The Killian Firm, P.C.
Attorneys for Plaintiff CGS Industries, Inc.
555 Route 1 South, Suite 430
Iselin, NJ 08830
(732) 912-2100
- and –
14 Wall Street, 20th Floor
New York, NY 10005
(212) 618-1409



|  |  |
|---|---|
| | BY: /s/ David A. Gauntlett |
| | David A. Gauntlett |
| | Andrew Sussman |
| | Gauntlett & Associates |
| | Attorneys for Plaintiff CGS Industries, Inc. |
| | 18400 Von Karman, Suite 300 |
| | Irvine, California 92612 |
| | (949) 553-1010 |

*close the case*

SO ORDERED

_____
Hon. Jack B. Weinstein
Senior United States District Judge
10/29/2013

2838542 v1